IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL L. HAGGERTY, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-01-2990 |
| TEXAS SOUTHERN UNIVERSITY and W. WILLIAMS, Individually, and in his capacity as a Texas Southern University Campus Police Officer, | § § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Michael Haggerty's remaining claim against Defendant Willie Williams is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 22nd day of August, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE